# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| ISABELLA ACOSTA, | No. 19-1050V |
| Petitioner, | Special Master Christian J. Moran |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Filed: September 9, 2020 |
| Respondent. | |

## ORDER CONCLUDING PROCEEDINGS[1]

On September 8, 2020, petitioner moved for voluntary dismissal under Vaccine Rule 21(a). Petitioner submitted a stipulation of dismissal signed by all parties in accordance with Vaccine Rule 21(a)(1)(B).

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/ Christian J. Moran
Christian J. Moran
Special Master

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website (http://www.cofc.uscourts.gov/aggregator/sources/7). Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.